| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | KRISTINA GREEN (NYBN 5226204)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6912 |
| 7 | FAX: (415) 436-7234<br>Kristina.Green@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 20-CR-00188 RS |
| Plaintiff, | ) ) | STIPULATION TO EXCLUDE TIME FROM NOVEMBER 17, 2020 TO SEPTEMBER 20, 2022 |
| v. | ) ) | AND REGARDING PRETRIAL SERVICES SUPERVISION AND ORDER |
| VINEETA SINGH, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Vineeta Singh, that time be excluded under the Speedy Trial Act from November 17, 2020 through September 20, 2022.

At the status conference held on November 17, 2020, the government and counsel for the defendant agreed that time be excluded through September 20, 2022 under the Speedy Trial Act because prosecution has been deferred for this period pursuant to a written deferred prosecution agreement with the defendant, with the approval of the Court, for the purpose of allowing the defendant to demonstrate good conduct. 18 U.S.C. § 3161(h)(2). For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time from November 17, 2020 through

September 20, 2022 is appropriate in light of the deferred prosecution agreement. *See* 18 U.S.C. § 3161(h)(2).

The parties further stipulate and agree that, as part of the deferred prosecution agreement and as stated therein, the defendant has agreed to waive all rights to a speedy trial pursuant to the Sixth Amendment of the United States Constitution, Title 18, United States Code, Section 3161, Federal Rule of Criminal Procedure 48(b), and any applicable Local Rules of the United States District Court for the Northern District of California.

Furthermore, pursuant to the deferred prosecution agreement, defendant agreed to be supervised by Pretrial Services during the pendency of the agreement. The parties respectfully request that the Court authorize Pretrial Services to supervise defendant consistent with the terms of the deferred prosecution agreement entered in the case.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 29, 2021  /s/ Kristina Green
**KRISTINA GREEN**
Assistant United States Attorney

DATED: April 29, 2021  /s/ Michael Levinsohn
**MICHAEL LEVINSOHN**
Counsel for Defendant Vineeta Singh

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on November 17, 2020, IT IS HEREBY ORDERED that the time from November 17, 2020 through September 20, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(2).

Furthermore, IT IS HEREBY ORDERED that the Court hereby authorizes Pretrial Services to supervise Defendant during the pendency of the deferred prosecution agreement, consistent with the terms of the Deferred Prosecution Agreement entered in this case.

IT IS SO ORDERED.

DATED: April 29, 2021

_____
THE HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO. 20-CR-00188 RS                                    V. 7/10/2018